**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**At Chattanooga**

UNITED STATES OF AMERICA,

      Plaintiff,

                                  No. 1:25-cr-108

v.                              Judge McDonough/Steger

MICHAEL RAY GROSS,

      Defendant.


## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.4(f), notice is given that J. Everett Hoagland withdraws as counsel of record for Michael Ray Gross. Mr. Gross has retained counsel who has entered an appearance in this matter. (Doc. 18) As such, undersigned should be removed as counsel for Mr. Gross and requests that all future Electronic Case Filing (ECF) notices be terminated.

                          Respectfully submitted,

                          FEDERAL DEFENDER SERVICES
                           OF EASTERN TENNESSEE, INC.


                          By:   /s/ *J. Everett Hoagland*
                              J. Everett Hoagland
                          Assistant Federal Defender
                          605 Chestnut Street, Suite 1310
                          Chattanooga, Tennessee 37450
                          Everett_Hoagland@fd.org
                          (423) 756-4349
                          AL Bar # 9515Y80H